**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Natasha Lipscomb, *et al,*

              Plaintiffs,

      v.

The Raddatz Law Firm, P.L.L.C, et al.

              Defendants.

CASE NO: 14-cv-1958

JUDGE:  James E. Boasberg

<u>**DEFENDANTS' MOTION TO DISMISS**</u>

      Defendants The Raddatz Law Firm, PLLC, Mark R. Raddatz, Esq. and Edward L. Pugh, Esq. (the "Defendants"), by and through their attorneys Aaron L. Handleman, Laura M.K. Hassler, and Eccleston & Wolf, P.C., hereby move pursuant to Rules 12(b)(6) and 7(b) of the Federal Rules of Civil Procedure and Rule 7 of this Court's Local Rules for an Order dismissing the Plaintiffs' Complaint, and in support thereof state as follows:

      1.      The Plaintiffs bring this Fair Debt Collections Practices Act action based upon alleged misstatements in eviction complaints filed against them in the D.C. Superior Court.

      2.      This Court should decline to extend the FDCPA to the filing of state court eviction proceedings, which are not collection of a consumer debt, but rather aim to regain control of rental property, and which are already subject to the protections of local laws and rules.

      3.      Even if the Act apples, the Plaintiffs have failed to state a claim because the alleged misstatements could not have misled them in violation of the Act where they were not material because the statements would not have influenced their decision or ability to pay or

challenge a debt.  *Gabriele v. Am. Home Mortgage Serv. Inc.*, 503 Fed.Appx 89, 95 (2d Cir. 2012).

4.     This Court should also strike or dismiss the Plaintiffs' claims for declaratory and injunctive relief, because the FDCPA does not provide for equitable relief in private actions.  15 U.S.C. 1692k (2014); *Weiss v. Regal Collectors*, 385 F.3d 337, 341 (3d Cir. 2004).

5.     Therefore, the Defendants respectfully request that this Court issue an Order dismissing the Plaintiffs' Complaint for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6).

6.     The Defendants hereby incorporate by reference herein their Memorandum of Points and Authorities in support of this Motion to Dismiss.

WHEREFORE, for the foregoing reasons, Defendants The Raddatz Law Firm, PLLC, Mark R. Raddatz, Esq. and Edward L. Pugh, Esq. respectfully request that this Court grant their motion and dismiss this action in its entirety with prejudice.

Respectfully submitted,

/s/  **Laura M.K. Hassler**
_____
Aaron L. Handleman (# 48728)
Laura M.K. Hassler (#988969)
ECCLESTON & WOLF, P.C.
1629 K Street, N.W., Suite 260
Washington, D.C. 20006
(202) 857-1696 (Tel)
(202) 857-0762 (Fax)
handleman@ewdc.com
hassler@ewdc.com
*Counsel for Defendants*

**<u>Certificate of Service</u>**

I HEREBY CERTIFY that on this 30th day of January 2015, I served the foregoing Motion to Dismiss, an accompanying Memorandum of Points and Authorities, and a Proposed Order via the Court's electronic filing system on:

                    Theodore A. Howard, Esq.
                    Mary E. Borga, Esq.
                    Wiley Rein, LLP
                    1776 K Street, NW
                    Washington, DC 20006
And
                    Chinh Q. Le, Esq.
                    Heather M. Latino, Esq.
                    Legal Aid Society of the District of Columbia
                    1331 H Street, NW
                    Suite 350
                    Washington, DC 20006
                    *Counsel for Plaintiffs*

                                                      **<u>/s/ Laura M.K. Hassler</u>**