IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATASHA LIPSCOMB, *et al.* ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 1:14-cv-01958-JEB |
| ) | Judge Boasberg |
| THE RADDATZ LAW FIRM, P.L.L.C., *et al.* ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

### STIPULATION OF DISMISSAL

Plaintiffs Natasha Lipscomb, *et al.*, and Defendants The Raddatz Law Firm, P.L.L.C., *et al.*, by their respective undersigned attorneys, hereby stipulate to the dismissal of this action, with prejudice, each side to bear its own costs.

**DATED:**    December 21, 2015

Respectfully submitted,

Chinh Q. Le (D.C. Bar No. 1007037)  
(cle@legalaiddc.org)  
Heather M. Latino (D.C. Bar No. 1007691)  
(hlatino@legalaiddc.org)  
(pursuant to LCvR83.2(g))  
LEGAL AID SOCIETY OF THE DISTRICT  
 OF COLUMBIA  
1331 H Street, N.W.  
Suite 350  
Washington, D.C. 20005  
(202) 628-1161  

    and

Aaron H. Handleman (D.C. Bar No. 48728)  
(handleman@ewdc.com)  
Laura M.K. Hassler (D.C. Bar No. 988969)  
(hassler@ewdc.com)  
ECCLESTON & WOLF, P.C.  
1629 K Street, N.W.  
Washington, D.C. 20006  
(202) 857-1696  

By: *Laura M. K. Hassler / by TAH w/ permission*  
    Laura M.K. Hassler

Attorneys for Defendants

Theodore A. Howard (D.C. Bar No. 366984)
(thoward@wileyrein.com)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C.  20006
(202) 719-7000

By: _____
    Theodore A. Howard

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served *via* electronic mail upon the following:

>Aaron L. Handleman
>(handleman@ewdc.cm)
>Laura M.K. Hassler
>(hassle@ewdc.com)
>ECCLESTON & WOLF, P.C.
>1629 K Street, N.W.
>Suite 260
>Washington, D.C.  20006
>
>Attorneys for Defendants

_____
Theodore A. Howard